# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHRYSOULA VIROSZTKO, ) | |
| ) | |
| Plaintiff, ) | Case: 1:24-cv-01084 |
| ) | |
| v. ) | |
| ) | |
| ADVOCATE HEALTH AND HOSPITALS ) | Jury Trial Demanded |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Chrysoula Virosztko, by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, Advocate Health and Hospitals Corporation, without prejudice.

/s/ *Sophia K. Steere*
**NATHAN C. VOLHEIM, ESQ.**
Bar No.: 6302103
**SOPHIA K. STEERE, ESQ.**
Bar No.: 100481
**SULAIMAN LAW GROUP LTD.**
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone (331)307-7634
Fax (630) 575 - 8188
nvolheim@sulaimanlaw.com
ssteere@sulaimanlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2024, a true and correct copy foregoing has been provided electronically via CM/ECF, electronic mail and/or U.S. mail to all parties of record.

/s/ *Sophia K. Steere*
**SOPHIA K. STEERE, ESQ.**